UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICKEY R. JONES,

    Plaintiff,

v.                                    Case No: 2:13-cv-843-FtM-38UAM

GMAC MORTGAGE LLC, EQUIFAX
INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC. and TRANS
UNION LLC,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Stipulation of Dismissal with Prejudice (Doc. #23) filed on January 27, 2014. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)    A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

In this instance, Plaintiff Mickey R. Jones and Defendant Trans Union, LLC indicate there is no longer a claim or cause between these two parties. Further, Plaintiff Jones and Defendant Trans Union, LLC have stipulated and signed an agreement to dismiss this matter against Defendant Trans Union, LLC with prejudice. This notice of dismissal comes before Defendant Trans Union, LLC has served either an answer or a motion for summary judgment.

Accordingly, it is now

**ORDERED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) this action is **DISMISSED with prejudice** with regard to Defendant Trans Union, LLC only. The Clerk is directed to terminate Defendant Trans Union, LLC from this action.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of January, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record