UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICKEY R. JONES,

    Plaintiff,

v.   Case No: 2:13-cv-843-FtM-38CM

GMAC MORTGAGE LLC, EQUIFAX
INFORMATION SERVICES, LLC
and EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on Amended Joint Stipulation of Dismissal with Prejudice (Doc. #29) filed on March 11, 2014. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

In this instance, all parties remaining in this action stipulate to dismiss the claims against Defendant Experian Information Solutions, Inc. with prejudice. This stipulation of dismissal is signed by all parties who have appeared in this action. The stipulation also indicates that each party is to bear its own costs. A controversy still remains with Plaintiff Mickey R. Jones against Defendant GMAC Mortgage, LLC and Defendant Equifax Information Services, LLC.

Accordingly, it is now

**ORDERED:**

(1) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice** with regard to Defendant Experian Information Solutions, Inc. **only**.

(2) The Clerk is directed to terminate Defendant Experian Information Solutions, Inc. from this action.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record